Angel R. Sevilla (State Bar No. 239072)
Kathleen B. Roney (State Bar No. 268446)
Spencer Ladd (State Bar No. 340905)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Angel.Sevilla@jacksonlewis.com
E-mail: Kathleen.Roney@jacksonlewis.com
E-mail: Spencer.Ladd@jacksonlewis.com

Attorneys for Defendant
ROKID, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU, <br><br> Plaintiff, <br><br> v. <br><br> ROKID, INC., and DOES 1-25, <br><br> Defendants. | Case No. _____ <br><br> **DECLARATION OF LIANG GUAN IN SUPPORT OF DEFENDANT ROKID, INC.'S REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)** |

I, LIANG GUAN, declare and state as follows:

1. I am over the age of 18 years old. I make this declaration in support of Defendant ROKID, INC.'s Notice of Removal of Action. The following is based on my personal knowledge, and if called as a witness, I could and would competently testify to the facts contained herein.

2. I am General Manager for Defendant Rokid, Inc. ("Rokid"). I have served in this role since March 2023, prior to which I have served in other senior-level roles since my hire in July 2016. In my capacity as Rokid's General Manager, I have knowledge of the manner in which Rokid maintains employee personnel files in the ordinary course of business. I also have access to Rokid's payroll records, including those of Jun Fu, which have been maintained by Rokid in the

1

GUAN DECLARATION ISO DEFENDANT'S REMOVAL

ordinary course of business. I have reviewed the files necessary to provide the information set forth in this declaration.

3. Mr. Fu was an employee of Rokid from November 2021 through May 25, 2023.

4. At the date of his termination, Mr. Fu's annual salary was $240,000. In addition to his salary, Mr. Fu was eligible for a bonus if he met certain performance criteria, and he received benefits from Rokid.

5. At the time of his hire, Mr. Fu informed Rokid that he resided in Minnesota, and, upon information and belief, he continues to reside there.

6. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Fu's final pay stub showing the most recent address Mr. Fu has provided to Rokid. At the time of his termination in May 2023, based on his payroll records, Mr. Fu resided in Woodbury, Minnesota and provided Rokid with a Woodbury street address (redacted for privacy purposes).

7. In my capacity as General Manager, I am familiar with the corporate structure, operations, place of incorporation and organization, as well as the location of the corporate headquarters for Rokid. Rokid is incorporated under the laws of the State of California and its corporate headquarters is in Redwood City, California. As an officer/manager of the company, I direct, control, and coordinate Rokid's activities from, and maintain my office in, its Redwood City, California headquarters.

8. I am Rokid's registered agent, and have not received any service documents for Mr. Fu's complaint. It is therefore my understanding that Rokid has not been served in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August, 2023 at San Mateo, California.

_____
Liang Guan
General Manager
ROKID, INC.