# Guan Declaration: Exhibit A

# Jun Fu Earnings Statement

Pay period: Off-Cycle Payroll
May 9, 2023 - May 25, 2023 Pay Day: May 30, 2023

**Company**

Rokid, Inc.
2608 Spring St
Redwood City, CA 94063
650-294-0103

**Employee**

Jun Fu
REDACTED 

Woodbury, MN 55129

## Employee Earnings

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | REDACTED | | | |
| Total Hours Worked | | | | |
| Paid Holidays | | | | |
| Paid Time Off | | | | |
| Sick | | | | |
| Additional Earnings | | | | |
| Gross Earnings | | | REDACT | $114,936.82 |

## Employee Taxes Withheld

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | REDACTED | |
| Social Security | | |
| Medicare | | |
| MN Withholding Tax | | |

## Employer Taxes

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | REDACTED | |
| Medicare | | |
| FUTA | | |
| MN Workforce Development Assessment | | |
| MN Unemployment Tax | | |

## Employee Deductions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | | REDACTED |
| Medical - Anthem Gold PPO E EE only a | Medical Insurance | | |
| Dental - Principal EE only | Dental Insurance | | |
| Vision - Principal ESC2 | Vision Insurance | | |

## Employer Contributions

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | | REDACTED |
| Medical - Anthem Gold PPO E EE only a | Medical Insurance | | |
| Dental - Principal EE only | Dental Insurance | | |

| Vision - Principal ESC2 | Vision Insurance | $7.95 | $79.50 |
|---|---|---|---|

## Summary

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | | REDACTED |
| Pre-Tax Deductions/Contributions | | |
| Taxes | | |
| Post-Tax Deductions/Contributions | | |
| Net Pay | | |
| Total Reimbursements | | |
| Check Amount | | |

## Paid Time Off Policy

| Description | Hours |
|---|---|
| Hours used this period | REDACTED |
| Hours accrued this period | |
| Remaining Paid Time Off Balance | |

## Sick Policy

| Description | Hours |
|---|---|
| Sick Request (5/15/2023 - 5/19/2023) | REDACTED |
| Sick Request (5/22/2023 - 5/25/2023) | |
| Hours accrued this period | |
| Remaining Sick Balance | |