Angel R. Sevilla (State Bar No. 239072)
Kathleen B. Roney (State Bar No. 268446)
Spencer Ladd (State Bar No. 340905)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
E-mail:  Angel.Sevilla@jacksonlewis.com
E-mail:  Kathleen.Roney@jacksonlewis.com
E-mail:  Spencer.Ladd@jacksonlewis.com

Attorneys for Defendant
ROKID, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU,<br><br>          Plaintiff,<br><br>     v.<br><br>ROKID, INC., and DOES 1-25,<br>Defendants. | Case No. _____<br><br>**DECLARATION OF KATHLEEN B. RONEY IN SUPPORT OF DEFENDANT ROKID, INC.'S REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)**<br><br>(Filed concurrently with Notice of Removal; Declaration of Liang Guan; Certification and Notice of Interested Parties; and Civil Cover Sheet)<br><br>State Complaint Filed:  June 9, 2023<br>Complaint Served:  Not Served |

I, Kathleen B. Roney, declare and state as follows:

   1.   I am an attorney at the law firm Jackson Lewis P.C., counsel of record for Defendant ROKID, INC. ("Defendant"), and I am an attorney responsible for representing Defendant in this matter.  I make this declaration in support of Defendant's Notice of Removal.

   2.   The following is based on my personal knowledge, except for those matters stated

1

RONEY DECLARATION ISO DEFENDANT'S REMOVAL

1  upon information and belief, and if called as a witness, I could and would competently testify to
2  the facts contained herein.

3      3.    I am informed and believe that on August 17, 2023, Plaintiff JUN FU ("Plaintiff")
4  filed a civil complaint against Defendant in the Superior Court of the State of California, in and
5  for the County of San Mateo, entitled *JUN FU v. ROKID, INC. and DOES 1 through 25, Case No.*
6  *23-CIV-03872*.  A true and correct copy of the Complaint is attached as **Exhibit A**.  Attached as
7  **Exhibit B** is a true and correct copy of a Summons issued on August 17, 2023.  **Exhibit C**, attached
8  hereto, is a Civil Case Cover Sheet for this matter.

9      4.    As of the date of this Declaration, the attached Exhibits A and B constitute all of
10 the pleadings and papers currently on file in this matter, and no further proceedings have occurred
11 in the state court.

12     5.    I am informed and believe that Plaintiff has not served Defendant with the
13 Summons and Complaint.  As of the date of Defendant's removal, no Proof of Service of the
14 Summons has been filed.

15     6.    On August 21, 2023, Plaintiff's counsel informed me via email that Plaintiff is
16 seeking damages in excess of $1,000,000.

17

18 I declare under penalty of perjury under the laws of the United States that the foregoing is
19 true and correct.

20 Executed this 23rd day of August, 2023 at San Francisco, California.

21

22 _____
   Kathleen B. Roney

23 4886-3830-3866, v. 2