1   Angel R. Sevilla (State Bar No. 239072)
    Kathleen B. Roney (State Bar No. 268446)
2   Spencer Ladd (State Bar No. 340905)
3   JACKSON LEWIS P.C.
    50 California Street, 9th Floor
4   San Francisco, California 94111-4615
    Telephone:  (415) 394-9400
5   Facsimile:  (415) 394-9401
    E-mail:  Angel.Sevilla@jacksonlewis.com
6   E-mail:  Kathleen.Roney@jacksonlewis.com
    E-mail:  Spencer.Ladd@jacksonlewis.com
7

8   Attorneys for Defendant
    ROKID, INC.
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  JUN FU,                          | Case No.

14          Plaintiff,               | **DEFENDANT'S ADR
15      v.                           | CERTIFICATION BY PARTY AND
                                      | COUNSEL**
16  ROKID, INC., and DOES 1-25,

17          Defendants.              | State Complaint Filed:  August 17, 2023
                                      | Complaint Served:  Not Served
18

19

20

21          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies

22  that each has:

23      1)  Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook"

24          (available at cand.uscourts.gov/adr).

25      2)  Discussed with each other the available dispute resolution options provided by the Court

26          and private entities; and

27      3)  Considered whether this case might benefit from any of the available dispute resolution

28          options.

                                   1

Date: August 23, 2023                    /s/ Liang
                                                        Rokid, Inc.
                                         Print Name: Liang Guan


Date: August 23, 2023                    /s/ Kathleen B. Roney
                                                        Attorney
                                         Kathleen B. Roney

Counsel further certifies that she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:


☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*


Dated:  August 23, 2023                  JACKSON LEWIS P.C.


                                         By: Kathleen B. Roy
                                             Angel R. Sevilla
                                             Kathleen B. Roney
                                             Spencer Ladd

                                             Attorneys for Defendant
                                             ROKID, INC.

4888-6394-3034, v. 2

2