Angel R. Sevilla (State Bar No. 239072)
Kathleen B. Roney (State Bar No. 268446)
Spencer Ladd (State Bar No. 340905)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
E-mail:  Angel.Sevilla@jacksonlewis.com
E-mail:  Kathleen.Roney@jacksonlewis.com
E-mail:  Spencer.Ladd@jacksonlewis.com

Attorneys for Defendant
ROKID, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU,<br><br>            Plaintiff,<br><br>      v.<br><br>ROKID, INC., and DOES 1-25,<br><br>            Defendants. | Case No.  _____<br><br>**DEFENDANT ROKID, INC.'S CERTIFICATE OF INTERESTED ENTITIES**<br><br>State Complaint Filed:  August 17, 2023<br>Complaint Served:  Not Served<br>Removal Filed:  August 23, 2023 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:  Jun Fu (Plaintiff); Rokid, Inc.

1   Dated:  August 23, 2023              JACKSON LEWIS P.C.

2

3                        By: _____

4                            Angel R. Sevilla
                            Kathleen B. Roney

5                            Attorneys for Defendant
                            ROKID, INC.

6

   4857-6402-4954, v. 1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES