1  Angel R. Sevilla (State Bar No. 239072)
2  Kathleen B. Roney (State Bar No. 268446)
   Spencer Ladd (State Bar No. 340905)
3  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
4  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
5  Facsimile:  (415) 394-9401
   E-mail: Angel.Sevilla@jacksonlewis.com
6  E-mail: Kathleen.Roney@jacksonlewis.com
   E-mail: Spencer.Ladd@jacksonlewis.com
7
8  Attorneys for Defendant
   ROKID, INC.

9                      UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11

12 | JUN FU,                              | Case No. 3:23-cv-04327-LB
13 |         Plaintiff,                   |
   |                                      | **CERTIFICATE OF SERVICE**
14 |    v.                                |
15 | ROKID, INC., and DOES 1-25,          | State Complaint Filed: August 17, 2023
   |                                      | Complaint Served: Not Served
16 |         Defendants.                  | Removal Filed: August 23, 2023

17
18
19     **TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT**
20 **FOR THE NORTHERN DISTRICT OF CALIFORNIA:**
21     I, Lauretta Adams, declare that I am employed with the law firm of Jackson Lewis P.C.,
22 whose address is 50 California Street, 9th Floor, San Francisco, California 94111-4615; I am over
23 the age of eighteen (18) years and am not a party to this action.
24     On August 28, 2023, I served the attached document(s):
25 **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF**
26 **CALIFORNIA;**
27 **CIVIL COVER SHEET;**
28 ///

1

**DECLARATION OF LIANG GUAN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (w/Exhibit A);**

**DECLARATION OF KATHLEEN RONEY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (w/Exhibits A-C);**

**ADR CERTIFICATION;**

**CERTIFICATE OF INTERESTED ENTITIES;**

**CASE MANAGEMENT SCHEDULING ORDER;**

**CASE ASSIGNED TO MAGISTRATE JUDGE LAUREL BEELER;**

**STANDING ORDER FOR MAGISTRATE JUDGE LAUREL BEELER;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and**

**REGISTER OF ACTIONS**

in this action by placing true and correct copies thereof, enclosed in a sealed envelope, addressed as follows:

Bryan J. McCormack, Esq.                     Attorneys for Plaintiff
The McCormack Law Firm                    JUN FU
1299 4th Street, Suite 505A
San Rafael, CA  94901
Tel: (415) 925 5161
Fax: (415) 651 7837
bryan@bmcclaw.com


[ ]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[X]   BY FEDEX OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]   BY ELECTRONIC TRANSMISSION: I caused such document(s) to be electronically transmitted to the above email address (by written agreement, confirming letter dated and signed MM/DD/YY).

1  [ ]   BY DESIGNATED ELECTRONIC FILING SERVICE: I hereby certify that the above-referenced document(s) were served electronically on the parties listed above at their most recent known e-mail address or e-mail of record by submitting an electronic version of the document(s) to First Legal at efiling@firstlegal.com.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 28, 2023 at San Francisco, California.

_____
Lauretta Adams

4889-0180-7484, v. 1