BRYAN J. McCORMACK, Cal. Bar No. 192418
  Email: bryan@bmcclaw.com
MCCORMACK LAW FIRM
1299 Fourth Street, Suite 505A
San Rafael, CA 94901
Tel:    (415) 925-5161
Fax:    (415) 651-7837

Attorney for Plaintiff
JUN FU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROKID, INC.; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.  3:23-cv-04327-LB<br><br>**PLAINTIFF JUN FU'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Date:  August 8, 2023

MCCORMACK LAW FIRM

/s/ Bryan J. McCormack
by Bryan J. McCormack, Esq.
Attorney for Plaintiff Jun Fu

- 1 -

PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
FU V. ROKID INC., ET AL., CASE NO. 3:23-CV-04327-LB