UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jun Fu,<br><br>       Plaintiff,<br><br>  v.<br><br>Rokid, Inc.,<br><br>       Defendant | Case No. 23-cv-04327-LB<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Dana Curtis
> Dana Curtis Mediation
> PO Box 672
> Sausalito, CA 94965
> 415-515-8903
> dlc@danacurtismediation.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
23-cv-04327-LB

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: December 5, 2023

                         MARK B. BUSBY
                         Clerk of Court
                         by:  Alice M. Fiel

_____
ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov