1 *Counsel Caption on the Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU,<br><br>    Plaintiff,<br><br>v.<br><br>ROKID, INC.; DOES 1-100, inclusive,<br><br>    Defendants. | Case No.  3:23-cv-04327 (LB)<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    March 21, 2024<br>Time:    11:00 a.m.<br>Venue: Zoom, Courtroom 11, 9th Floor<br>Judge:  Honorable Laurel Beeler<br><br>State Complaint Filed:  August 17, 2023<br>Removal Date:  August 23, 2023<br>Trial Date:  None Set |
| ROKID, INC.,<br><br>    Counter-Claimant,<br><br>v.<br><br>JUN FU; DOES 1-100, inclusive,<br><br>    Counter-Defendants. | |

| | |
|---|---|
| 1 | Bryan J. McCormack (State Bar No. 192418) |
| 2 | MCCORMACK LAW FIRM |
|   | 1299 Fourth Street, Suite 505A |
| 3 | San Rafael, California  94901-3031 |
|   | Telephone:  (415) 925-5161 |
| 4 | Facsimile:  (415) 461-3900 |
|   | E-mail:  *bryan@bmcclaw.com* |
| 5 | |
| 6 | Attorneys for Plaintiff and Counter-Defendant |
|   | JUN FU |
| 7 | |
| 8 | Angel R. Sevilla (State Bar No. 239072) |
|   | Spencer C. Ladd (State Bar No. 340905) |
| 9 | JACKSON LEWIS P.C. |
| 10 | 50 California Street, 9th Floor |
|   | San Francisco, California 94111-4615 |
| 11 | Telephone:  (415) 394-9400 |
|   | Facsimile:  (415) 394-9401 |
| 12 | E-mail:  *Angel.Sevilla@jacksonlewis.com* |
|   | E-mail:  *Spencer.Ladd@jacksonlewis.com* |
| 13 | |
| 14 | Attorneys for Defendant and Counter-Claimant |
|   | ROKID, INC. |
| 15 | |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

Plaintiff and Counter-Defendant JUN FU ("Plaintiff") and Defendant and Counter-Claimant, ROKID, INC. ("Rokid" or "Defendant") (collectively the "Parties") submit the following **Updated Joint Case Management Conference Statement** pursuant to the Honorable Court's November 30, 2023 Case Management Scheduling Order (ECF No. 19), Federal Rule of Civil Procedure 26(f), Northern District of California Civil Local Rule 16-10(d), the Standing Order for the Hon. Laurel Beeler, and the Standing Order for All Judges of the Northern District of California.

In accordance with the Honorable Court's Standing Order, Rule 1, Associate Spencer Ladd from Jackson Lewis P.C. will appear for Defendant for the Case Management Conference on March 21, 2024.  Mr. Ladd will be sufficiently prepared to address all matters before the Court regarding this case.  Defendant's lead counsel, Angel R. Sevilla, can also be available if the Court requires.

### 1. FURTHER DEVELOPMENTS

The Parties have exchanged one round of initial written discovery requests, with each party responding to special interrogatories and requests for production of documents.  The Parties are meeting and conferring over the adequacy of each party's responses to resolve any issues in advance of the mediation scheduled with Dana Curtis on April 25, 2024.  The Parties have exchanged a draft Protective Order and will submit a proposed Protective Order shortly to preserve the confidentiality of documents exchanged in discovery.

### 2. SETTING OF FUTHER CASE MANAGEMENT CONFERENCE

The Parties jointly request that the Court continue this Case Management Conference for 60-days following the Parties' mediation on April 25, 2024.

///
///
///
///
///
///

| | |
|---|---|
| Dated:  March 14, 2024 | JACKSON LEWIS P.C. |
| | By: /s/ Spencer C. Ladd<br>Angel R. Sevilla<br>Spencer C. Ladd<br>Attorneys for Defendant<br>and Counter-Claimant<br>ROKID, INC. |
| Dated:  March 14, 2024 | MCCORMACK LAW FIRM |
| | By: /s/ Bryan J. McCormack<br>Bryan J. McCormack<br>Attorneys for Plaintiff and Counter-Defendant<br>JUN FU |

*Counsel for Plaintiff, Bryan McCormack, authorized submission of his e-signature on this document in writing, by e-mail dated 03-14-24 at 12:07 p.m.

4853-6662-4940, v. 3