|   |   |
|---|---|
| 1 | Angel R. Sevilla (State Bar No. 239072) |
| 2 | Spencer C. Ladd (State Bar No. 340905)<br>JACKSON LEWIS P.C. |
| 3 | 50 California Street, 9th Floor<br>San Francisco, California 94111-4615 |
| 4 | Telephone:  (415) 394-9400<br>Facsimile:  (415) 394-9401 |
| 5 | E-mail:  Angel.Sevilla@jacksonlewis.com<br>E-mail:  Spencer.Ladd@jacksonlewis.com |
| 6 | Attorneys for Defendant and Counterclaimant |
| 7 | ROKID, INC. |
| 8 | *Additional Counsel on the Next Page |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUN FU, an individual, | Case No. 3:23-cv-04327-LB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED ORDER] CONTINUING THE MEDIATION DATE AND DEADLINE** |
| v. | |
| ROKID, INC.; and DOES 1 through 25, inclusive, | |
| Defendants. | State Complaint Filed:  August 17, 2023<br>Removal Date:  August 23, 2023<br>Trial Date:  March 3, 2025 |
| ROKID, INC., | |
| Counterclaimant, | |
| v. | |
| JUN FU; DOES 1-100, inclusive, | |
| Counter-Defendants | |

1

STIPULATION TO CONTINUE THE MEDIATION DATE AND DEADLINE
Case No. 3:23-cv-04327-LB

1  Bryan J. McCormack (State Bar No. 192418)
2  MCCORMACK LAW FIRM
   1299 Fourth Street, Suite 505A
3  San Rafael, California  94901-3031
   Telephone:  (415) 925-5161
4  Facsimile:   (415) 461-3900
   E-mail:  bryan@bmcclaw.com
5
6  Attorneys for Plaintiff and Counter-Defendant
   JUN FU
7
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Pursuant to ADR Local Rule 6–5 and Civil Local Rule 7–10, Plaintiff Jun Fu ("Plaintiff") and Defendant Rokid, Inc. ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, enter into the following Stipulation to Continue the Mediation Date and Deadline as follows:

WHEREAS, on November 30, 2023, this Court held the Initial Case Management Conference and further ordered that mediation occur not later than March 7, 2024 (if possible) [ECF No. 19];

WHEREAS, on December 5, 2023, the Court's ADR Case Administrator appointed Dana Curtis to serve as the mediator in this action;

WHEREAS, on January 8, 2024, the Mediator and the Parties conducted the Joint Phone conference pursuant to ADR Local Rule 6-2;

WHEREAS, on January 19, 2024, the Mediator scheduled the mediation in this matter for April 25, 2024, which is after the March 7, 2024, date set in the Court's November 30, 2023, scheduling order;

WHEREAS, ADR Local rule 6–10(b) requires that each party "must be accompanied at the Mediation by the lawyer who will be primarily responsible for handling the trial of the matter;"

WHEREAS, lead counsel and the "lawyer who will be primarily responsible for handling the trial of the matter" for Defendant, Angel Sevilla, will be unavailable due to an actively-occurring trial that is not expected to end until on or around April 30, 2024;

WHEREAS, the Parties are further attempting to resolve current discovery disputes concerning information needed to conduct a productive mediation;

WHEREAS, to ensure that Parties engage in a productive mediation with all necessary counsel and information, and to conserve judicial resources in the interim, the Parties request that this Court extend the deadline to complete mediation to **May 30, 2024**, or a date shortly thereafter on which counsel for Plaintiff, counsel for Defendant, and the Mediator are all available to conduct a mediation.

///

///

WHEREAS, the requested time modifications will not delay the progress of the ligation, since the mediation would nonetheless be conducted before the June 27, 2024, Case Management Conference.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:  April 11, 2024                                         JACKSON LEWIS P.C.

By:  */s/ Spencer C. Ladd*
　　　Angel R. Sevilla
　　　Spencer C. Ladd
　　　Attorneys for Defendant and
　　　Counter-Claimant
　　　ROKID, INC.

Dated:  April 11, 2024                                         MCCORMACK LAW FIRM

By:  */s/ Bryan J. McCormack*
　　　Bryan J. McCormack
　　　Attorneys for Plaintiff and
　　　Counter-Defendant
　　　JUN FU

\*Counsel for Plaintiff, Jun Fu, authorized submission of his e-signature on this document in writing, by e-mail dated April 10, 2024, at 4:41 p.m.

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, and the Parties having stipulated thereto, IT IS HEREBY ORDERED THAT: The deadline for the parties to conduct mediation shall be extended to <u>May 30, 2024</u>.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: <u>April 12, 2024</u>

_____
THE HON. LAUREL BEELER
UNITED STATES DISTRICT JUDGE

4886-0071-3142, v. 2