Bryan J. McCormack (State Bar No. 192418)
MCCORMACK LAW FIRM
1299 Fourth Street, Suite 505A
San Rafael, California  94901-3031
Telephone:  (415) 925-5161
Facsimile:  (415) 461-3900
E-mail:  bryan@bmcclaw.com

Attorneys for Plaintiff and Counter-Defendant
JUN FU

Angel R. Sevilla (State Bar No. 239072)
Spencer C. Ladd (State Bar No. 340905)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Angel.Sevilla@jacksonlewis.com
E-mail:  Spencer.Ladd@jacksonlewis.com

Attorneys for Defendant and Counterclaimant
ROKID, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>ROKID, INC.; and DOES 1 through 25, inclusive,<br><br>         Defendants. | Case No. 3:23-cv-04327-LB<br><br>**STIPULATION AND [PROPOSED] ORDER] CONTINUING THE MEDIATION COMPLETION DATE AND NON-EXPERT DISCOVERY DEADLINE**<br><br>*[Filed concurrently with Declaration of Angel R. Sevilla and [Proposed] Order]*<br><br>State Complaint Filed:  August 17, 2023<br>Removal Date:  August 23, 2023<br>Trial Date:  March 3, 2025 |
| ROKID, INC.,<br><br>         Counterclaimant,<br><br>    v.<br><br>JUN FU; DOES 1-100, inclusive,<br><br>         Counter-Defendants | |

1  Pursuant to Civil Local Rules ("L.R.") 6-1(b) and 6-2, Plaintiff JUN FU ("Plaintiff") and Defendant ROKID, INC. ("Defendant"), jointly request and stipulate to modify the Case Management and Pre-Trial Order [ECF Nos. 19 and 26] to extend the deadline for completing mediation and non-expert discovery by forty-three (43) days until **August 30, 2024**, to allow the Parties additional time to conduct non-expert discovery in this case and in light of the unexpected cancellation of the mediation set for May 30, 2024.

Pursuant to L.R. 6-2, this stipulation is supported by the Declaration of Angel Sevilla ("Sevilla Decl.") and the Proposed Order, filed contemporaneously herewith.  The Parties stipulate as follows:

WHEREAS, on November 30, 2023, this Court held the Initial Case Management Conference and set the Case Management and Pre-Trial Order (ECF No. 19);

WHEREAS, the Case Management and Pre-Trial Order set the deadline to complete non-expert discovery as July 18, 2024 (ECF No. 19);

WHEREAS, on April 12, 2024, this Court granted the Parties' stipulation to continue the mediation originally scheduled for April 25, 2024, until May 30, 2024. (Sevilla Decl. ¶ 3; ECF No. 26);

WHEREAS, Dana Curtis, the mediator this Court selected to mediate this matter, informed the Parties' counsel on the morning of May 28, 2024, that she needs to cancel the mediation scheduled for May 30, 2024, to tend to a personal emergency (Sevilla Decl. ¶ 4);

WHEREAS, the Parties and the mediator are conferring on selecting new mediation date on which all parties are available, but have not determined a date that works for all Parties (Sevilla Decl. ¶ 5);

WHEREAS, the current deadline for the Parties to complete non-expert discovery is July 18, 2024 (Sevilla Decl. ¶ 6; ECF No. 19);

WHEREAS, while the Parties have diligently engaged in written discovery and preparing for mediation in this matter, the Parties anticipate that additional non-expert discovery, such as depositions, will need to occur should this matter not resolve at mediation (Sevilla Decl. ¶ 7);

///

1  WHEREAS, this pre-trial discovery deadline to complete non-expert discovery would make it difficult for the Parties to both (1) conserve resources for potential settlement and (2) adequately prepare for trial in the event that settlement is unsuccessful at the mediation (Sevilla Decl. ¶ 8);

WHEREAS, the requested time modification will not delay the progress of the ligation because extending the non-expert discovery completion date to August 30, 2024, will not modify any other deadlines established in the Case Management and Pre-Trial Order (Sevilla Decl. ¶ 7; ECF No. 19).

**ACCORDINGLY, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:**

The deadline to complete mediation be extended to July 30, 2024.  The deadline to complete non-expert discovery be extended by forty-three (43) days until **August 30, 2024**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated:  May 29, 2024                                           JACKSON LEWIS P.C.

By:  /s/ Angel R. Se4villa
Angel R. Sevilla
Spencer C. Ladd
Attorneys for Defendant and
Counter-Claimant
ROKID, INC.

Dated:  May 29, 2024                                           MCCORMACK LAW FIRM

By:  /s/ Bryan J. McCormack
Bryan J. McCormack
Attorneys for Plaintiff and
Counter-Defendant
JUN FU

`*Counsel for Plaintiff, Bryan J. McCormack, authorized submission of his e-signature on this document in writing, by e-mail dated May 28, 2024, at 8:39 p.m.

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and the Parties having stipulated thereto, IT IS HEREBY ORDERED THAT:  The deadline for the Parties to complete mediation is set for _____.  The deadline for the parties to complete non-expert discovery shall be extended to _____.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: _____

THE HON. LAUREL BEELER
UNITED STATES DISTRICT JUDGE

4883-0008-4930, v. 2