1  Angel R. Sevilla (State Bar No. 239072)
   Spencer C. Ladd (State Bar No. 340905)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   E-mail:  Angel.Sevilla@jacksonlewis.com
5  E-mail:  Spencer.Ladd@jacksonlewis.com

6  Attorneys for Defendant and Counterclaimant
   ROKID, INC.

7

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  JUN FU, an individual,                   Case No. 3:23-cv-04327-LB

13             Plaintiff,                     **DECLARATION OF ANGEL R.**
                                              **SEVILLA IN SUPPORT OF THE**
14        v.                                  **STIPULATION AND [PROPOSED**
                                              **ORDER] CONTINUING THE**
15  ROKID, INC.; and DOES 1 through 25,       **MEDIATION DATE AND FACT**
    inclusive,                                **DISCOVERY DEADLINE**
16
               Defendants.                    *[File concurrently with Stipulation and*
17                                            *[Proposed] Order]*

18  _____          State Complaint Filed:  August 17, 2023
                                              Removal Date:  August 23, 2023
19  ROKID, INC.,                              Trial Date:  March 3, 2025

20             Counterclaimant,

21        v.

22  JUN FU; DOES 1-100, inclusive,

23             Counter-Defendants

24

25

26

27

28

I, Angel R. Sevilla, declare as follows:

1.   I am an attorney licensed to practice law in the State of California and admitted to appear before this Court.  I am a Principal with the law firm of Jackson Lewis P.C., counsel of record in this matter for Defendant ROKID, INC. ("Defendant").  I have personal knowledge of the matters stated herein, and if called to testify as to these matters, I could and would do so competently.

2.   I make this declaration in support of the concurrently filed Stipulation to Modify the Case Management Order and Request a Case Management Conference the above-referenced matter (the "Action") pursuant to Civil Local Rules ("L.R.") 6-1(b) and 6-2.

3.   On April 12, 2024, this Court granted the Parties' stipulation to continue the mediation originally scheduled for April 25, 2024, until May 30, 2024, given my unavailability for the mediation and the Parties' need to resolve discovery disputes concerning information needed to conduct a productive mediation.

4.   The Parties were ready to proceed with mediation on May 30, 2024.  However, Dana Curtis, the mediator this Court selected to mediate the Action, informed the Parties on the morning of May 28, 2024, that she needs to cancel the mediation scheduled for May 30, 2024, to tend to a personal emergency.

5.   The Parties and the mediator are conferring on selecting new mediation date on which Plaintiff, Defendant, their respective counsel, and the mediator are available, but have not determined a date that works for all Parties.

6.   The current deadline for the Parties to complete non-expert discovery is July 18, 2024, (ECF No. 19).

7.   The Parties have diligently engaged in written discovery and preparing for mediation in the Action, but anticipate that additional non-expert discovery, such as depositions, will need to occur should this matter not resolve at mediation.

8.   The Parties request additional time to  complete non-expert discovery for the Parties to conserve resources for potential settlement and adequately prepare for trial in the event that settlement is unsuccessful at the mediation.

///

1    I declare under penalty of perjury under the laws of the State of California that the foregoing

2    is true and correct.

3    Executed this 29th day of May 2024 at Alamo, California

4

5    _____

6    Angel R. Sevilla

7

8

9    4891-4536-8771, v. 1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANGEL SEVILLA DECLARATION ISO THE STIPULATION TO CONTINUE
THE MEDIATION DATE AND NON-EXPERT DISCOVERY DEADLINE