Bryan J. McCormack (State Bar No. 192418)
MCCORMACK LAW FIRM
1299 Fourth Street, Suite 505A
San Rafael, California  94901-3031
Telephone:  (415) 925-5161
Facsimile:  (415) 461-3900
E-mail:  bryan@bmcclaw.com

Attorneys for Plaintiff and Counter-Defendant
JUN FU

Angel R. Sevilla (State Bar No. 239072)
Spencer C. Ladd (State Bar No. 340905)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  Angel.Sevilla@jacksonlewis.com
E-mail:  Spencer.Ladd@jacksonlewis.com

Attorneys for Defendant and Counterclaimant
ROKID, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUN FU, an individual,

      Plaintiff,

    v.

ROKID, INC.; and DOES 1 through 25, inclusive,

      Defendants.

_____

ROKID, INC.,

      Counterclaimant,

    v.

JUN FU; DOES 1-100, inclusive,

      Counter-Defendants

Case No. 3:23-cv-04327-LB

**STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING THE MEDIATION COMPLETION DATE AND NON-EXPERT DISCOVERY DEADLINE**

*[Filed concurrently with Declaration of Angel R. Sevilla and [Proposed] Order]*

State Complaint Filed:  August 17, 2023
Removal Date:  August 23, 2023
Trial Date:  March 3, 2025

1

1   Pursuant to Civil Local Rules ("L.R.") 6-1(b) and 6-2, Plaintiff JUN FU ("Plaintiff") and

2   Defendant ROKID, INC. ("Defendant"), jointly request and stipulate to modify the Case

3   Management and Pre-Trial Order [ECF Nos. 19 and 26] to extend the deadline for completing

4   mediation and non-expert discovery by forty-three (43) days until **August 30, 2024**, to allow the

5   Parties additional time to conduct non-expert discovery in this case and in light of the unexpected

6   cancellation of the mediation set for May 30, 2024.

7   Pursuant to L.R. 6-2, this stipulation is supported by the Declaration of Angel Sevilla

8   ("Sevilla Decl.") and the Proposed Order, filed contemporaneously herewith.  The Parties stipulate

9   as follows:

10   WHEREAS, on November 30, 2023, this Court held the Initial Case Management

11   Conference and set the Case Management and Pre-Trial Order (ECF No. 19);

12   WHEREAS, the Case Management and Pre-Trial Order set the deadline to complete non-

13   expert discovery as July 18, 2024 (ECF No. 19);

14   WHEREAS, on April 12, 2024, this Court granted the Parties' stipulation to continue the

15   mediation originally scheduled for April 25, 2024, until May 30, 2024. (Sevilla Decl. ¶ 3; ECF

16   No. 26);

17   WHEREAS, Dana Curtis, the mediator this Court selected to mediate this matter, informed

18   the Parties' counsel on the morning of May 28, 2024, that she needs to cancel the mediation

19   scheduled for May 30, 2024, to tend to a personal emergency (Sevilla Decl. ¶ 4);

20   WHEREAS, the Parties and the mediator are conferring on selecting new mediation date

21   on which all parties are available, but have not determined a date that works for all Parties (Sevilla

22   Decl. ¶ 5);

23   WHEREAS, the current deadline for the Parties to complete non-expert discovery is July

24   18, 2024 (Sevilla Decl. ¶ 6; ECF No. 19);

25   WHEREAS, while the Parties have diligently engaged in written discovery and preparing

26   for mediation in this matter, the Parties anticipate that additional non-expert discovery, such as

27   depositions, will need to occur should this matter not resolve at mediation (Sevilla Decl. ¶ 7);

28   ///

1       WHEREAS, this pre-trial discovery deadline to complete non-expert discovery would

2 make it difficult for the Parties to both (1) conserve resources for potential settlement and (2)

3 adequately prepare for trial in the event that settlement is unsuccessful at the mediation (Sevilla

4 Decl. ¶ 8);

5       WHEREAS, the requested time modification will not delay the progress of the ligation

6 because extending the non-expert discovery completion date to August 30, 2024, will not modify

7 any other deadlines established in the Case Management and Pre-Trial Order (Sevilla Decl. ¶ 7;

8 ECF No. 19).

9 **ACCORDINGLY, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:**

10      The deadline to complete mediation be extended to July 30, 2024.  The deadline to

11 complete non-expert discovery be extended by forty-three (43) days until **August 30, 2024**.

13 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

14 Dated:  May 29, 2024             JACKSON LEWIS P.C.

16                By:  /s/ Angel R. Se4villa
                     Angel R. Sevilla

17                     Spencer C. Ladd
                     Attorneys for Defendant and

18                     Counter-Claimant
                     ROKID, INC.

20 Dated:  May 29, 2024             MCCORMACK LAW FIRM

22                By:  /s/ Bryan J. McCormack
                     Bryan J. McCormack

23                     Attorneys for Plaintiff and
                     Counter-Defendant

24                     JUN FU

25 `             *Counsel for Plaintiff, Bryan J. McCormack,

26               authorized submission of his e-signature on this
               document in writing, by e-mail dated May 28, 2024,
               at 8:39 p.m.

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, and the Parties having stipulated thereto, IT IS HEREBY

ORDERED THAT:  The deadline for the Parties to complete mediation is set for

August 30, 2024 .  The deadline for the parties to complete non-expert discovery shall be

extended to  August 30, 2024                .

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:      May 29, 2024                                                            
                                        THE HON. LAUREL BEELER
                                        UNITED STATES DISTRICT JUDGE

4883-0008-4930, v. 2

4

1   Angel R. Sevilla (State Bar No. 239072)
    Spencer C. Ladd (State Bar No. 340905)
2   JACKSON LEWIS P.C.
    50 California Street, 9th Floor
3   San Francisco, California 94111-4615
    Telephone: (415) 394-9400
4   Facsimile: (415) 394-9401
    E-mail: Angel.Sevilla@jacksonlewis.com
5   E-mail: Spencer.Ladd@jacksonlewis.com

6   Attorneys for Defendant and Counterclaimant
    ROKID, INC.

7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  JUN FU, an individual,                    Case No. 3:23-cv-04327-LB

13                 Plaintiff,                 **DECLARATION OF ANGEL R.
                                              SEVILLA IN SUPPORT OF THE**
14         v.                                 **STIPULATION AND [PROPOSED
                                              ORDER] CONTINUING THE**
15  ROKID, INC.; and DOES 1 through 25,       **MEDIATION DATE AND FACT**
    inclusive,                                **DISCOVERY DEADLINE**
16
                   Defendants.                *[File concurrently with Stipulation and*
17                                            *[Proposed] Order]*

18  _____
                                              State Complaint Filed: August 17, 2023
19  ROKID, INC.,                              Removal Date: August 23, 2023
                                              Trial Date: March 3, 2025
20                 Counterclaimant,

21         v.

22  JUN FU; DOES 1-100, inclusive,

23                 Counter-Defendants

24

25

26

27

28
                                              1                    Case No. 3:23-cv-04327-LB

I, Angel R. Sevilla, declare as follows:

1.   I am an attorney licensed to practice law in the State of California and admitted to appear before this Court.  I am a Principal with the law firm of Jackson Lewis P.C., counsel of record in this matter for Defendant ROKID, INC. ("Defendant").  I have personal knowledge of the matters stated herein, and if called to testify as to these matters, I could and would do so competently.

2.   I make this declaration in support of the concurrently filed Stipulation to Modify the Case Management Order and Request a Case Management Conference the above-referenced matter (the "Action") pursuant to Civil Local Rules ("L.R.") 6-1(b) and 6-2.

3.   On April 12, 2024, this Court granted the Parties' stipulation to continue the mediation originally scheduled for April 25, 2024, until May 30, 2024, given my unavailability for the mediation and the Parties' need to resolve discovery disputes concerning information needed to conduct a productive mediation.

4.   The Parties were ready to proceed with mediation on May 30, 2024.  However, Dana Curtis, the mediator this Court selected to mediate the Action, informed the Parties on the morning of May 28, 2024, that she needs to cancel the mediation scheduled for May 30, 2024, to tend to a personal emergency.

5.   The Parties and the mediator are conferring on selecting new mediation date on which Plaintiff, Defendant, their respective counsel, and the mediator are available, but have not determined a date that works for all Parties.

6.   The current deadline for the Parties to complete non-expert discovery is July 18, 2024, (ECF No. 19).

7.   The Parties have diligently engaged in written discovery and preparing for mediation in the Action, but anticipate that additional non-expert discovery, such as depositions, will need to occur should this matter not resolve at mediation.

8.   The Parties request additional time to  complete non-expert discovery for the Parties to conserve resources for potential settlement and adequately prepare for trial in the event that settlement is unsuccessful at the mediation.

///

1         I declare under penalty of perjury under the laws of the State of California that the foregoing

2    is true and correct.

3         Executed this 29th  day of May 2024 at Alamo, California

4

5    _____

6                 Angel R. Sevilla

7

8

9    4891-4536-8771, v. 1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANGEL SEVILLA DECLARATION ISO THE STIPULATION TO CONTINUE
THE MEDIATION DATE AND NON-EXPERT DISCOVERY DEADLINE