| | |
|---|---|
| 1 | BRYAN J. McCORMACK, Cal. Bar No. 192418 |
| 2 |   Email: bryan@bmcclaw.com |
|   | McCORMACK LAW FIRM |
| 3 | 1299 Fourth Street, Suite 505A |
|   | San Rafael, CA 94901 |
| 4 | Tel:     (415) 925-5161 |
|   | Fax:    (415) 651-7837 |
| 5 | |
| 6 | Attorney for Plaintiff |
|   | JUN FU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU, an individual, | Case No. 3:23-cv-04327-LB |
| Plaintiff, | **PLAINTIFF'S OBJECTION TO JOINT LETTER RE: FU DEPOSITION (ECF #68)** |
| vs. | |
| ROKID, INC.; and DOES 1 through 25, inclusive, | |
| Defendants. | |
| ROKID, INC., | |
| Counterclaimant, | |
| vs. | |
| JUN FU; DOES 1-100, inclusive, | |
| Counter-Defendants | |

Plaintiff objects to the joint discovery letter filed by Defendant Rokid Inc. on November 10, 2024, on the grounds that fact discovery closed on November 1, 2024 (ECF #42) and therefore the last day to file a discovery motion was November 8, 2024 pursuant to Local Rule 37-3.

Date:  October 22, 2024

McCORMACK LAW FIRM

/s/ Bryan J. McCormack
by Bryan J. McCormack, Esq.
Attorney for Plaintiff Jun Fu

- 1 -