Ziyong (Sean) Li (CA 289696)
Steven M. Selna (CA 133409)
Rachel Chatman (CA 206775)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:    628.221.5828
sli@beneschlaw.com
sselna@beneschlaw.com
rchatman@beneschlaw.com

Attorneys for Defendant/Counter Claimant
ROKID, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROKID, INC.; Does 1-100, inclusive,<br><br>　　　　　　Defendants.<br>―――――――――――――――――<br>ROKID, INC.,<br><br>　　　　　　Counter Claimant,<br><br>　　v.<br><br>JUN FU; DOES 1-100, inclusive,<br><br>　　　　　　Counter Defendants. | Case No. 3:23-cv-04327-LB<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT ROKID, INC.'S ADMINISTRATIVE MOTION TO SEAL EXHIBITS 2 AND 19 TO THE DECLARATION OF LIANG GUAN AND EXHIBIT E TO THE DECLARATION OF ZIYONG LI IN SUPPORT OF ROKID'S PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>State Compl. Filed:  August 17, 2023<br>Removal Date:　　　August 23, 2023<br>Trial Date:　　　　　March 3, 2025 |

This matter comes before the Court on Defendant and Counter Claimant Rokid, Inc.'s Administrative Motion to Seal Exhibits 2 and 19 to the Liang Guan Declaration ("Liang Declaration") and Exhibit E to the Declaration of Ziyong Li ("MSJ Li Declaration") in Support of its Partial Motion for Summary Judgment (the "Motion"). Upon consideration of the Motion, the papers submitted in support and any opposition thereto, and GOOD CAUSE having been shown, the Court finds that:

1. There exists overriding confidentiality interests that have overcome the right of public access to the record of the following document, and there is therefore good cause to file the document under seal:

| Identification of Documents to be Sealed | Bates Range | Designation |
|---|---|---|
| Exhibit 2 to the Liang Declaration | ROKID_JUN FU_000629-ROKID_JUN FU_000630 | Confidential |
| Exhibit 19 to the Liang Declaration | ROKID_JUN FU_002852-ROKID_JUN FU_002853 | Confidential |
| Exhibit E to the MSJ Li Declaration | PL000035-PL000050 | Confidential |

2. A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

3. The proposed sealing is narrowly tailored; and

4. No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Rokid's Motion is GRANTED with respect to the document set forth above.

**IT IS SO ORDERED.**

Date: November 18, 2024      By: _____
                                  Hon. Laurel Beeler
                                  U.S. District Court Judge