Ziyong (Sean) Li (CA 289696)
Steven M. Selna (CA 133409)
Rachel Chatman (CA 206775)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:  628.600.2250
Facsimile:   628.221.5828
sli@beneschlaw.com
sselna@beneschlaw.com
rchatman@beneschlaw.com

Attorneys for Defendant/Counter Claimant
ROKID, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROKID, INC.; Does 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-04327-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DEFENDANT ROKID, INC.'S EXHIBITS 3–5 TO JOINT LETTER BRIEF**<br><br>State Compl. Filed:  August 17, 2023<br>Removal Date:         August 23, 2023<br>Trial Date:                 March 3, 2025 |
| ROKID, INC.,<br><br>　　　　　　Counter Claimant,<br><br>　v.<br><br>JUN FU; DOES 1-100, inclusive,<br><br>　　　　　　Counter Defendants. | |

This matter comes before the Court on Defendant and Counter Claimant Rokid, Inc.'s Administrative Motion to Seal Defendant's Exhibits 3–5 to Joint Letter Brief. Upon consideration of the Motion, the papers submitted in support and any opposition thereto, and GOOD CAUSE having been shown, the Court finds that:

1. There exists overriding confidentiality interests that have overcome the right of public access to the record of the following documents, and there is therefore good cause to file the documents under seal:

| Identification of Documents to be Sealed | Bates Range | Designation |
|---|---|---|
| Exhibit 3 | PL000228–PL000244 | Confidential |
| Exhibit 4 | PL000078 | Confidential |
| Exhibit 5 | PL000051–PL000065 | Confidential |

2. A substantial probability exists that overriding confidentiality interests will be prejudiced if the record is not sealed;

3. The proposed sealing is narrowly tailored; and

4. No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Rokid's Motion is GRANTED with respect to the documents set forth above.

**IT IS SO ORDERED.**

Date:   November 18, 2024          By: _____
                                       Hon. Laurel Beeler
                                       U.S. District Court Judge

2

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL DEFENDANT ROKID, INC.'S EXHIBITS 3–5 TO JOINT LETTER BRIEF
Case No. 3:23-cv-04327-LB