BRYAN J. MCCORMACK, SBN 192418
bryan@mcelawfirm.com
MCCORMACK LAW FIRM
1299 4th Street, Suite 505A
San Rafael, CA 94901
Telephone:     415.925.5161
Facsimile:      415.651.7837

Attorneys for Plaintiff
JUN FU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ROKID, INC.; and DOES 1 through 25, inclusive,<br><br>    Defendants.<br>ROKID, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>JUN FU; DOES 1-100, inclusive,<br><br>    Counter-Defendants | Case No. 3:23-cv-04327-LB<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Northern USDC Civil Local Rule 79-5, Plaintiff Jun Fu hereby files this Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

Local Rule 79-5(f) provides, "For any document a party ("Filing Party") seeks to seal because that document has been designated as confidential by another party or non-party (the "Designating Party"), the Filing Party must, instead of filing an Administrative Motion to File Under Seal, file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed."

As such, Plaintiffs identify the following document for which sealing is sought, in connection with Counter-defendant Jun Fu's Motion for Summary Judgment (or Adjudication) of Issues (ECF#60):

1. Exhibit 1 to the Declaration of Jun Fu, PL000051-000065 at request of Defense Counsel
2. Exhibit 3 to the Declaration of Jun Fu, PL000418-000419 at request of Defense Counsel.
3. Exhibit 4 to the Declaration of Bryan J. McCormack, Deposition of Liang Guan, at request of Defense Counsel.
4. Exhibit 5 to the Declaration of Bryan J. McCormack, Defendant's Supplemental Responses to Plaintiff's Special Interrogatories Set #1, at request of Defense Counsel.
5. Exhibit 6 to the Declaration of Bryan J. McCormack, Defendant's Second Supplemental Responses to Plaintiff's Special Interrogatories Set #1, at request of Defense Counsel.

DATED: November 7, 2024                MCCORMACK LAW FIRM



IT IS SO ORDERED
Judge Laurel Beeler

By: /s/ Bryan J. McCormack
    Bryan McCormack
    Attorney for Plaintiffs

- 1 -