Ziyong (Sean) Li (CA 289696)
Steven M. Selna (CA 133409)
Rachel Chatman (CA 206775)
Benesch, Friedlander, Coplan & Aronoff LLP
100 Pine Street, Suite 3100
San Francisco, California 94111
Telephone:   628.600.2250
Facsimile:     628.221.5828
sli@beneschlaw.com
sselna@beneschlaw.com
rchatman@beneschlaw.com

Attorneys for Defendant/Counter-Claimant
ROKID, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROKID, INC.; Does 1-100, inclusive,<br><br>　　　　　　　Defendants.<br> | Case No. 3:23-cv-04327-LB<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br><br>State Compl. Filed:　August 17, 2023<br>Removal Date:　　　August 23, 2023<br>Trial Date:　　　　　March 3, 2025 |
| ROKID, INC.,<br><br>　　　　　　　Counter-Claimant,<br><br>　v.<br><br>JUN FU; DOES 1-100, inclusive,<br><br>　　　　　　　Counter-Defendants. | |

1  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Northern USDC Civil Local Rule 79-5, Defendant Rokid, Inc. hereby files this Administrative Motion to Consider Whether Another Party's Material Should be Sealed.

Local Rule 79-5(f) provides, "For any document a party ("Filing Party") seeks to seal because that document has been designated as confidential by another party or non-party (the "Designating Party"), the Filing Party must, instead of filing an Administrative Motion to File Under Seal, file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed."

As such, Defendant identifies the following documents for which sealing is sought:

1. Exhibit 6 to the Declaration of Liang Guan, ROKID_JUN FU_008787;
2. Exhibit 7 to the Declaration of Liang Guan, ROKID_JUN FU_008781-008782;
3. Exhibit 8 to the Declaration of Liang Guan, ROKID_JUN FU_008773-008776;
4. Exhibit 9 to the Declaration of Liang Guan, ROKID_JUN FU_008767-008769;
5. Exhibit 14 to the Declaration of Liang Guan, ROKID_JUN FU_008755-008756;
6. Exhibit 15 to the Declaration of Liang Guan, ROKID_JUN FU_008724-008725;
7. Exhibit 16 to the Declaration of Liang Guan, ROKID_JUN FU_008791;
8. Exhibit 17 to the Declaration of Liang Guan, ROKID_JUN FU_008794;
9. Declaration of Liang Guan In Support Of Defendant and Counter Claimant Rokid, Inc.'s Motion for Partial Summary Judgment;
10. Exhibit B to the Declaration of Sean Li, Fu Deposition Transcript Excerpts;
11. Exhibit F to the Declaration of Sean Li, Plaintiff's SROG Responses; and
12. Defendant And Counter Claimant Rokid, Inc.'s Notice Of Motion And Motion For Partial Summary Judgment; Memorandum Of Points And Authorities In Support Thereof.

The sealed exhibits are submitted at Plaintiff's request in relation to Defendant Rokid, Inc.'s Notice of Motion and Motion for Partial Summary Judgment. *Anderson v. Cryovac, Inc.*, 805 F.2d 1, 11–13 (1st Cir. 1986); *Leucadia, Inc. v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 165 (3d Cir. 1993) ("we hold there is a presumptive right to public access to all material filed in connection with nondiscovery pretrial motions, whether these motions are case dispositive or not, but no such right as to discovery

2
DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:23-cv-04327-LB

1  motions and their supporting documents") [emphasis added]; *Phillips v. Gen. Motors Corp.*, 307 F.3d
2  1206, 1213 (9th Cir. 2002).

4  Dated: November 7, 2024                                    Respectfully submitted,

                                                              /s/ Ziyong Li
                                                              ZIYONG (SEAN) LI (CA 289696)
                                                              STEVEN M. SELNA (CA 133409)
                                                              RACHEL CHATMAN (CA 206775)
                                                              Benesch, Friedlander, Coplan & Aronoff LLP

                                                              Attorneys for Defendant/Counter-Claimant
                                                              ROKID, INC.



IT IS SO ORDERED

Judge Laurel Beeler

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA