| | |
|---|---|
| 1 | BRYAN J. MCCORMACK, SBN 192418 |
| | bryan@mcelawfirm.com |
| 2 | MCCORMACK LAW FIRM |
| | 1299 4th Street, Suite 505A |
| 3 | San Rafael, CA 94901 |
| | Telephone:     415.925.5161 |
| 4 | Facsimile:      415.651.7837 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | JUN FU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU, an individual, | Case No. 3:23-cv-04327-LB |
| Plaintiff, | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| vs. | |
| ROKID, INC.; and DOES 1 through 25, inclusive, | |
| Defendants. | |
| ROKID, INC., | |
| Counterclaimant, | |
| vs. | |
| JUN FU; DOES 1-100, inclusive, | |
| Counter-Defendants | |

- 1 -
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
FU V. ROKID INC., ET AL., CASE NO. 3:23-CV-04327-LB

1  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Northern USDC Civil Local Rule 79-5, Plaintiff
3  Jun Fu hereby files this Administrative Motion to Consider Whether Another Party's Material
4  Should be Sealed.

5  Local Rule 79-5(f) provides, "For any document a party ("Filing Party") seeks to seal
6  because that document has been designated as confidential by another party or non-party (the
7  "Designating Party"), the Filing Party must, instead of filing an Administrative Motion to File Under
8  Seal, file an Administrative Motion to Consider Whether Another Party's Material Should Be
9  Sealed."

10  As such, Plaintiffs identify the following document for which sealing is sought, in connection
11  with Counter-defendant Jun Fu's Motion for Summary Judgment (or Adjudication) of Issues
12  (ECF#60):

13      1.  Exhibit 7 to the Supplemental Declaration of Bryan J. McCormack (ECF#70), Deposition
14         of Liang Guan, at request of Defense Counsel.

16  DATED:  November 14, 2024          MCCORMACK LAW FIRM

17                                     By: /s/ Bryan J. McCormack
18                                         Bryan McCormack
                                           Attorney for Plaintiffs



- 1 -