1  Ziyong (Sean) Li (CA 289696)
2  Steven M. Selna (CA 133409)
   Rachel Chatman (CA 206775)
3  Benesch, Friedlander, Coplan & Aronoff LLP
   100 Pine Street, Suite 3100
4  San Francisco, California 94111
   Telephone: 628.600.2250
5  Facsimile: 628.221.5828
   sli@beneschlaw.com
6  sselna@beneschlaw.com
   rchatman@beneschlaw.com
7
   Attorneys for Defendant/Counterclaimant
8  ROKID, INC.

9  BRYAN J. McCORMACK, Cal. Bar No. 192418
     Email: *bryan@bmcclaw.com*
10 MCCORMACK LAW FIRM
   1299 Fourth Street, Suite 505A
11 San Rafael, CA 94901
   Tel:    (415) 925-5161
12 Fax:    (415) 651-7837

13 Attorney for Plaintiff/Counter-Defendant
   JUN FU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUN FU, an individual, | Case No. 3:23-cv-04327-LB |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| vs. | |
| ROKID, INC.; and DOES 1 through 25, inclusive, | |
| Defendants. | |
| ROKID, INC., | |
| Counterclaimant, | |
| vs. | |
| JUN FU; DOES 1-100, inclusive. | |
| Counter-Defendants | |

TO THE HONORABLE COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Jun Fu, and Defendant and Counterclaimant Rokid, Inc. (the "Parties") hereby inform the Court that this action has confidentially resolved between the Parties.

IT IS HEREBY STIPULATED and agreed by the Parties that the entire action, including all claims and counterclaims as to all Parties and all causes of action, be dismissed with prejudice, with each Party to bear its own attorneys' fees or costs.

Respectfully submitted,

Dated: May 16, 2025                 Benesch, Friedlander, Coplan & Aronoff LLP

By: /s/ Ziyong Li
—————————————————
    Ziyong (Sean) Li

Attorneys for Defendant and Countercomplainant
ROKID. INC.

Dated: May 16, 2025                 McCormack Law Firm

By: /s/ Bryan McCormack
—————————————————
    Bryan J. McCormack

Attorneys for Plaintiff and Counter-Defendant
JUN FU

- 1 -

**ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, with each Party to bear its own attorneys' fees and costs.

Dated: _____        _____

HON. LAUREL BEELER

UNITED STATES DISTRICT COURT